IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| S.A., | : | |
|     Petitioner, | : | |
| v. | : | CASE NO. 4:22-CV-52-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : | |
|     Respondent. | : | |

## ORDER

*Pro se* Petitioner filed a petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2241, challenging his detention (ECF No. 1). However, he did not pay the filing fee. Further, while Petitioner submitted a fee waiver request, he did not use the appropriate form for a motion to proceed *in forma pauperis* ("IFP"). In order for the case to proceed, Petitioner must pay the filing fee or submit a proper motion to proceed IFP. Accordingly, the Court **ORDERS** Petitioner to either pay the $5.00 filing fee or file a proper motion for leave to proceed IFP within **TWENTY-ONE (21) DAYS**. The Clerk is **DIRECTED** to mail Petitioner the appropriate forms. If Petitioner does not wish to now pursue habeas relief, he should notify the Court of this and/or withdraw his petition within **TWENTY-ONE (21) DAYS** of the date shown on this Order. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 4th day of March, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE