**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| S.A., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:22-CV-52-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS | : | |
| ENFORCEMENT, | : | |
| | : | |
| Respondent. | : | |

_____

**ORDER**

Petitioner has applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1).

Pursuant to the memorandum of understanding with the United States Attorney for the

Middle District of Georgia, a copy of the petition and a copy of this Order shall be

automatically served on the United States Attorney and Respondent electronically through

CM/ECF.  Respondent shall file a Return within three (3) days.  *See* 28 U.S.C. § 2243.  In

the Return, Respondent shall specifically state the statutory basis for Petitioner's detention.

Petitioner's failure to keep the Court apprised of any change of address may result in a

dismissal for failure to prosecute this action.

**SO ORDERED**, this 14th day of March, 2022.

/s/ Stephen Hyles_____
UNITED STATES MAGISTRATE JUDGE